**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **09–33811–KRH**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on June 13, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Willie H. Greene Jr.
5826 Westower Dr. #D
Richmond, VA 23225

| | |
|---|---|
| Case Number: 09–33811–KRH<br>Office Code: 3 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–9796 |
| Attorney for Debtor(s) (name and address):<br>Yvonne Cochran<br>Massie Law Firm, PC<br>422 E. Franklin Street<br>Suite 304<br>Richmond, VA 23219<br>Telephone number: 804–358–2222 | Bankruptcy Trustee (name and address):<br>Roy M. Terry Jr.<br>DurretteBradshaw, P.L.C.<br>P.O. Box 2188<br>Richmond, VA 23218–2188<br>Telephone number: (804) 775–6900 |

### Meeting of Creditors:
Date: **July 21, 2009**                    Time: **11:00 AM**
Location: **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:
September 21, 2009**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
|---|---|
| **VCIS 24–hour case information:**<br>Toll Free 1–800–326–5879 | Date: June 15, 2009 |

## EXPLANATIONS  B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1.

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:**

**Richmond Division:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: sewardt              Page 1 of 2              Date Rcvd: Jun 15, 2009
Case: 09-33811               Form ID: B9A               Total Noticed: 60


The following entities were noticed by first class mail on Jun 17, 2009.
db           +Willie H. Greene, Jr.,    5826 Westower Dr. #D,   Richmond, VA 23225-2736
aty          +Yvonne Cochran,    Massie Law Firm, PC,    422 E. Franklin Street,    Suite 304,
               Richmond, VA 23219-2226
8990890      +Ace America’s Cash Express,    Bankruptcy Dept.,    617 Mcguire Center,   Richmond, VA 23224-1731
8990891      +Afni,    Po Box 3097,    Bloomington, IL 61702-3097
8990892      +Americarecov,    Po Box 176610,    Covington, KY 41017-6610
8990893      +Bay Area C S,    2860 Zanker Rd,    San Jose, CA 95134-2115
8990894      +Bcci,    7001 Post Rd Suite 200,    Dublin, OH 43016-8334
8990895      +Bernedette Clark,    Bankruptcy Dept.,    1209 Mt. Erin Drive,    Richmond, VA 23231-3328
8990896      +C. P. Dean,    Bankruptcy Dept.,    P. O. Box 6568,    Richmond, VA 23230-0568
8990897       Capital Management Services,    Attn: Bankrutpcy Dept.,    726 Exchange Street, St. 700,
               Buffalo, NY 14210-0000
8990899      +Cavalier Telephone,    Attn:   Bankruptcy Dept.,    P. O. Box 11146,   Richmond, VA 23230-1146
8990900      +Cbsi,    550 Greensboro Ave,    Tuscaloosa, AL 35401-1547
8990901      +Certegy for WAWA,     P.O. Box 30046,    Tampa, FL 33630-3046
8990902      +Charlottesville Credit Bureau,    Pob 6220,    Charlottesville, VA 22906-6220
8990904      +Check City,    Bankruptcy Dept.,    2729 W. Broad St.,    Richmond, VA 23220-1905
8990905      +Check into Cash,    Bankruptcy Dept.,    7601 W. Broad St., E,    Richmond, VA 23294-3641
8990906       Checkcare Systems,    Attn: Bankruptcy Dept.,    P.O. Box 62400,    Virginia Beach, VA 23466-2400
8990907      +Chesterfield County GDC,    RE: GV08004035-2 Grn,    9500 Courthouse Road,
               Chesterfield, VA 23832-6684
8990908      +Credit Adjustment Bo,    306 East Grace Street,    Richmond, VA 23219-1718
8990909       Dish Network,    Dept. 0063,    Palatine, IL 60055-0063
8990910      +Drive Financial,    8585 N Stemmons Fw,    Dallas, TX 75247-3836
8990911      +Drive Time,    5300 Midlothian Tpk,    Richmond, VA 23225-6215
8990912      +Dt Credit Co,    Po Box 29018,    Phoenix, AZ 85038-9018
8990913      +Eastern Collection Corp.,    Re: Fitness Quest,    1626 Locust Avenue,    Bohemia, NY 11716-2159
8990914      +Enterprise Rent A Car,    8026 W. Broad Street,    Richmond, VA 23294-4208
8990916      +Godwin Jones & Price, PC,    Bankruptcy Dept.,    20 S. Auburn Ave.,    Richmond, VA 23221-2910
8990917      +Grace Place Apartments,    Bankruptcy Dept.,    205 N. Fourth St.,   Richmond, VA 23219-1758
8990918      +Hall and Associates,    Bankruptcy Dept.,    560 Route 303, #209,    Orangeburg, NY 10962-1334
8990919      +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
8990920       Integrity Financial Partners,    Bankruptcy Dept.,    P. O. Box 1997,    Southgate, MI 48195-0997
8990921      +L  O   Mnk,    7 Penn Plaza,    New York, NY 10001-3967
8990922      +MCV Associated Physicians,    Bankruptcy Dept.,    1605 Rhoadmiller Street,
               Richmond, VA 23220-1106
8990923      +MCV Hospitals,    Bankruptcy Dept.,    PO Box 980462,    Richmond, VA 23298-0462
8990924      +Ncc Bus Sv,    Po Box 24739,    Jacksonville, FL 32241-4739
8990889      +Office of the US Trustee,    600 E. Main Street,    Suite 301,   Richmond, VA 23219-2430
8990925      +Paragon Way, Inc.,    Bankruptcy Dept.,    2101 W. Ben White Blvd., #103,    Austin, TX 78704-7517
8990927      +Payday Cashwell,    Bankruptcy Dept.,    1010 Wayne Ave,    Silver Spring, MD 20910-5600
8990926      +Payday Cashwell,    Bankruptcy Dept.,    3914 Hull St. Rd. #9B,    Richmond, VA 23224-1714
8990929      +Quest Direct,    Bankruptcy Dept.,    1400 Raff Rd. SW,    Canton, OH 44750-0001
8990930      +R. Lee Grant, Attorney,    Bankruptcy Dept.,    2134 W. Laburnum,    Richmond, VA 23227-4342
8990931      +Rent A Center,    Bankruptcy Dept.,    630 W. Southside Plaza St.,   Richmond, VA 23224-1721
8990932      +Robinson-Harris & Co.,    Bankruptcy Dept.,    1417 Brook Rd.,    Richmond, VA 23220-2305
8990933      +Seldon Furniture,    3700 Mechanicsville Pike,    Richmond, VA 23223-1332
8990934      +Southside Financial Service,    Bankruptcy Dept.,    11641 Jeff Davis Hwy.,
               Chester, VA 23831-2123
8990935      +Southslope Apartments,    c/o Patten Wornom Hatten,    12350 Jefferson Ave. #300,
               Newport News, VA 23602-6956
8990936      +Summer Hill Apartments,    Bankruptcy Dept.,    13141 Rittenhouse Dr. 325,
               Midlothian, VA 23112-6246
8990937      +Suntrust Bank,    Attn: Bankruptcy Dept.,    P. O. Box 85131,    Richmond, VA 23285-5131
8990939      +Todd E. Caquias,    Bankruptcy Dept.,    9503 Wolverton Drive #F,    Richmond, VA 23294-5585
8990940      +Virginia Emergency Assoc.,    Bankruptcy Dept.,    5801 Bremo Rd.,    Richmond, VA 23226-1907
8990941      +Waddell E. Venable,    374 Norcroft Circle,    Richmond, VA 23225-4782
8990942       Weinstein Management,    3951-A Stillman Pkwy,    Richmond, VA 23233-0000
8990943      +Williams BP Auto Service,    Bankruptcy Dept.,    401 Cowardin Ave.,    Richmond, VA 23224-2025
8990944       Woodforest Bank,    Bankruptcy Dept.,    P. O. Box 7889,    Spring, TX 77387-7889
8990945      +Woodforest National Bank,    C/O Midland Response,    POB 219050,    Houston, TX 77218-9050

The following entities were noticed by electronic transmission on Jun 16, 2009.
tr            EDI: QRMTERRY.COM Jun 15 2009 22:38:00      Roy M. Terry, Jr.,    DurretteBradshaw, P.L.C.,
               P.O. Box 2188,    Richmond, VA 23218-2188
8990898      +EDI: CAPITALONE Jun 15 2009 22:38:00      Capital One,    Po Box 85520,
               Richmond, VA 23285-5520
8990903      +EDI: CHASE.COM Jun 15 2009 22:38:00      Chase Bank,    Bankruptcy Dept.,    100 Duffy Ave.,
               Hicksville, NY 11801-3636
8990915      +EDI: AMINFOFP.COM Jun 15 2009 22:38:00      First Premier Bank,    Bankruptcy Dept.,
               P. O. Box 5147,    Sioux Falls, SD 57117-5147
8990925      +EDI: CFSX.COM Jun 15 2009 22:38:00      Paragon Way, Inc.,    Bankruptcy Dept.,
               2101 W. Ben White Blvd., #103,    Austin, TX 78704-7517
8990928       EDI: PHINPLAZA.COM Jun 15 2009 22:38:00      Plaza Associates,    Suntrust Bank,    P. O. Box 18008,
               Hauppauge, NY 11788-8808
8990938       EDI: AISTMBL.COM Jun 15 2009 22:38:00      T-Mobile,    Bankruptcy Dept.,    P. O. Box 742596,
               Cincinnati, OH 45274-2596
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0422-7           User: sewardt              Page 2 of 2           Date Rcvd: Jun 15, 2009
Case: 09-33811                 Form ID: B9A               Total Noticed: 60

          ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2009**             **Signature:** _Joseph Speetjens_