B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number**   09−33811−KRH
**Chapter**   7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Willie H. Greene Jr.
5826 Westower Dr. #D
Richmond, VA 23225

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−9796

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated:  September 28, 2009                         William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: admin                Page 1 of 2          Date Rcvd: Sep 28, 2009
Case: 09-33811                Form ID: B18               Total Noticed: 61

The following entities were noticed by first class mail on Sep 30, 2009.
db          +Willie H. Greene, Jr.,   5826 Westower Dr. #D,   Richmond, VA 23225-2736
8990890     +Ace America's Cash Express,   Bankruptcy Dept.,   617 Mcguire Center,   Richmond, VA 23224-1731
8990891     +Afni,   Po Box 3097,   Bloomington, IL 61702-3097
8990892     +Americarecov,   Po Box 176610,   Covington, KY 41017-6610
8990893     +Bay Area C S,   2860 Zanker Rd,   San Jose, CA 95134-2115
8990895     +Bernedette Clark,   Bankruptcy Dept.,   1209 Mt. Erin Drive,   Richmond, VA 23231-3328
8990896     +C. P. Dean,   Bankruptcy Dept.,   P. O. Box 6568,   Richmond, VA 23230-0568
8990897      Capital Management Services,   Attn: Bankrutpcy Dept.,   726 Exchange Street, St. 700,
               Buffalo, NY 14210-0000
8990899     +Cavalier Telephone,   Attn: Bankruptcy Dept.,   P. O. Box 11146,   Richmond, VA 23230-1146
8990900     +Cbsi,   550 Greensboro Ave,   Tuscaloosa, AL 35401-1547
8990901     +Certegy for WAWA,   P.O. Box 30046,   Tampa, FL 33630-3046
8990902     +Charlottesville Credit Bureau,   Pob 6220,   Charlottesville, VA 22906-6220
8990904     +Check City,   Bankruptcy Dept.,   2729 W. Broad St.,   Richmond, VA 23220-1905
8990905     +Check into Cash,   Bankruptcy Dept.,   7601 W. Broad St., E,   Richmond, VA 23294-3641
8990906      Checkcare Systems,   Attn: Bankruptcy Dept.,   P.O. Box 62400,   Virginia Beach, VA 23466-2400
8990907     +Chesterfield County GDC,   RE: GV08004035-2 Grn,   9500 Courthouse Road,
               Chesterfield, VA 23832-6684
8990908     +Credit Adjustment Bo,   306 East Grace Street,   Richmond, VA 23219-1718
8990910     +Drive Financial,   8585 N Stemmons Fw,   Dallas, TX 75247-3836
8990911     +Drive Time,   5300 Midlothian Tpk,   Richmond, VA 23225-6215
8990912     +Dt Credit Co,   Po Box 29018,   Phoenix, AZ 85038-9018
8990913     +Eastern Collection Corp.,   Re: Fitness Quest,   1626 Locust Avenue,   Bohemia, NY 11716-2159
8990914     +Enterprise Rent A Car,   8026 W. Broad Street,   Richmond, VA 23294-4208
8990916     +Godwin Jones & Price, PC,   Bankruptcy Dept.,   20 S. Auburn Ave.,   Richmond, VA 23221-2910
8990917     +Grace Place Apartments,   Bankruptcy Dept.,   205 N. Fourth St.,   Richmond, VA 23219-1758
8990918     +Hall and Associates,   Bankruptcy Dept.,   560 Route 303, #209,   Orangeburg, NY 10962-1334
8990919     +I C System,   Po Box 64378,   Saint Paul, MN 55164-0378
8990920      Integrity Financial Partners,   Bankruptcy Dept.,   P. O. Box 1997,   Southgate, MI 48195-0997
8990921     +L  O  Mnk,   7 Penn Plaza,   New York, NY 10001-3967
8990922     +MCV Associated Physicians,   Bankruptcy Dept.,   1605 Rhoadmiller Street,
               Richmond, VA 23220-1106
8990923     +MCV Hospitals,   Bankruptcy Dept.,   PO Box 980462,   Richmond, VA 23298-0462
8990924     +Ncc Bus Sv,   Po Box 24739,   Jacksonville, FL 32241-4739
8990889     +Office of the US Trustee,   600 E. Main Street,   Suite 301,   Richmond, VA 23219-2430
8990925     +Paragon Way, Inc.,   Bankruptcy Dept.,   2101 W. Ben White Blvd., #103,   Austin, TX 78704-7517
8990927     +Payday Cashwell,   Bankruptcy Dept.,   1010 Wayne Ave,   Silver Spring, MD 20910-5600
8990926     +Payday Cashwell,   Bankruptcy Dept.,   3914 Hull St. Rd. #9B,   Richmond, VA 23224-1714
8990929     +Quest Direct,   Bankruptcy Dept.,   1400 Raff Rd. SW,   Canton, OH 44750-0001
8990930     +R. Lee Grant, Attorney,   Bankruptcy Dept.,   2134 W. Laburnum,   Richmond, VA 23227-4342
8990931     +Rent A Center,   Bankruptcy Dept.,   630 W. Southside Plaza St.,   Richmond, VA 23224-1721
8990932     +Robinson-Harris & Co.,   Bankruptcy Dept.,   1417 Brook Rd.,   Richmond, VA 23220-2305
8990933     +Seldon Furniture,   3700 Mechanicsville Pike,   Richmond, VA 23223-1332
8990934     +Southside Financial Service,   Bankruptcy Dept.,   11641 Jeff Davis Hwy.,
               Chester, VA 23831-2123
8990935     +Southslope Apartments,   c/o Patten Wornom Hatten,   12350 Jefferson Ave. #300,
               Newport News, VA 23602-6956
8990936     +Summer Hill Apartments,   Bankruptcy Dept.,   13141 Rittenhouse Dr. 325,
               Midlothian, VA 23112-6246
8990937     +Suntrust Bank,   Attn: Bankruptcy Dept.,   P. O. Box 85131,   Richmond, VA 23285-5131
8990939     +Todd E. Caquias,   Bankruptcy Dept.,   9503 Wolverton Drive #F,   Richmond, VA 23294-5585
8990940     +Virginia Emergency Assoc.,   Bankruptcy Dept.,   5801 Bremo Rd.,   Richmond, VA 23226-1907
8990941     +Waddell E. Venable,   374 Norcroft Circle,   Richmond, VA 23225-4782
8990942      Weinstein Management,   3951-A Stillman Pkwy,   Richmond, VA 23233-0000
8990943     +Williams BP Auto Service,   Bankruptcy Dept.,   401 Cowardin Ave.,   Richmond, VA 23224-2025
8990944      Woodforest Bank,   Bankruptcy Dept.,   P. O. Box 7889,   Spring, TX 77387-7889
8990945     +Woodforest National Bank,   C/O Midland Response,   POB 219050,   Houston, TX 77218-9050

The following entities were noticed by electronic transmission on Sep 29, 2009.
tr           EDI: QRMTERRY.COM Sep 28 2009 23:05:00      Roy M. Terry, Jr.,   DurretteBradshaw, P.L.C.,
               P.O. Box 2188,   Richmond, VA  23218-2188
cr          +EDI: RECOVERYCORP.COM Sep 28 2009 23:04:00      Recovery Management Systems Corporation,
               25 SE 2nd Ave Ste 1120,   Miami, FL 33131-1605
8990894     +Fax: 614-760-4092 Sep 29 2009 03:00:36      Bcci,   7001 Post Rd Suite 200,
               Dublin, OH 43016-8334
8990898     +EDI: CAPITALONE.COM Sep 28 2009 23:04:00      Capital One,   Po Box 85520,
               Richmond, VA 23285-5520
8990903     +EDI: CHASE.COM Sep 28 2009 23:03:00      Chase Bank,   Bankruptcy Dept.,   100 Duffy Ave.,
               Hicksville, NY 11801-3636
8990909      EDI: ESSL.COM Sep 28 2009 23:05:00      Dish Network,   Dept. 0063,   Palatine, IL 60055-0063
8990915     +EDI: AMINFOFP.COM Sep 28 2009 23:06:00      First Premier Bank,   Bankruptcy Dept.,
               P. O. Box 5147,   Sioux Falls, SD 57117-5147
8990925     +EDI: CFSX.COM Sep 28 2009 23:04:00      Paragon Way, Inc.,   Bankruptcy Dept.,
               2101 W. Ben White Blvd., #103,   Austin, TX 78704-7517
8990928      EDI: PHINPLAZA.COM Sep 28 2009 23:06:00      Plaza Associates,   Suntrust Bank,   P. O. Box 18008,
               Hauppauge, NY 11788-8808
9027331      EDI: RECOVERYCORP.COM Sep 28 2009 23:04:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
8990938      EDI: AISTMBL.COM Sep 28 2009 23:06:00      T-Mobile,   Bankruptcy Dept.,   P. O. Box 742596,
               Cincinnati, OH 45274-2596
                                                                                              TOTAL: 11
```

```
District/off: 0422-7           User: admin              Page 2 of 2              Date Rcvd: Sep 28, 2009
Case: 09-33811                 Form ID: B18             Total Noticed: 61

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2009**                    **Signature:**    _Joseph Speetjens_